AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  2:15-mj-64 |
| Joel GONZALEZ-TINOCO | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____2/2/2015_____ in the county of __Franklin_____ in the
__Southern_____ District of __Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841(a)(1) and 841 (b)(1)(B), and 846 | Conspiracy to possess with intent to distribute, more than 500 grams of cocaine, a Scheduled II drug |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Janey Thissen, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____2/3/2015_____

City and state:  __Columbus, Ohio_____

_____
*Judge's signature*

Norah McCann King, US Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

I, Janey Thissen, having been duly sworn, depose and state:

1.  I am a Special Agent of the Drug Enforcement Administration (DEA), assigned to the Detroit Field Division, Columbus District Office.  As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 United States Code, Section 878.  I have been a Special Agent of the DEA for approximately fifteen years, during which time I have participated in numerous investigations involving narcotics trafficking.  I have received specialized training in the subject of narcotics trafficking and money laundering from the DEA and have been personally involved in investigations concerning the possession, manufacture, transportation, distribution and importation of controlled substances, as well as methods used to finance drug transactions.  The information set forth in this affidavit comes from my personal involvement in this investigation, as well as information provided to me by other law enforcement officers.   The following, in substance, details part of this investigation:

2. The investigation began with subjects identified as Jose Alfredo ULLOA and Amy NELSON, who reside at 1315 Crossbrook Blvd., Galloway, Ohio.  In December 2014 and January 2015, agents conducted trash retrievals at the Crossbrook residence. This resulted in agents obtaining baggies with residue that tested positive for cocaine.

3. On January 8, 2015, detectives from the Franklin County Sheriff's Office (FCSO) presented a State of Ohio search warrant to Franklin County Municipal Court

1

Judge James O'Grady, who approved the search warrant for ULLOA's residence of 1315 Crossbrook Blvd., Galloway, Ohio.

4. On January 9, 2015, agents of the DEA and FCSO executed the State of Ohio search warrant at 1315 Crossbrook Blvd., Galloway, Ohio. ULLOA and NELSON were present in the home when the warrant was executed. Agents located several items in the residence, including approximately 1,100 grams of a substance that tested positive for cocaine, three semi-auto assault rifles, and a handgun. Agents also discovered a large sum of U.S. currency with the firearms.

5. Agents briefly spoke with ULLOA. Agents advised ULLOA they would like to talk to him concerning the items located in the house. ULLOA then stated, in substance, all the "stuff" in the house was his, adding that his companion (NELSON) had nothing to do with it. Specifically, ULLOA stated that he brought the guns and money to the house. ULLOA then advised that he wanted to speak to an attorney. This concluded conversations with ULLOA.

6. Agents briefly spoke with NELSON. The following depicts the conversation, in substance, with NELSON. NELSON was read to and read the Franklin County Sheriff's Office Constitutional Right and Waiver Form. NELSON advised that she was willing to speak to the agents concerning the cocaine and guns located in her house. NELSON stated that she was aware that ULLOA was selling cocaine, but tried to get him to stop. NELSON further stated that she was aware of the scales and baggies located in the kitchen, but didn't see the cocaine in the kitchen. NELSON was aware that ULLOA was selling drugs and/or holding money for his associates, "Joel" (whom agents believe to be Joel GONZALEZ-TINOCO) and "Eliud" (whom agents believe to be Ezequiel

2

BONILLA BERRIOS a/k/a Eliud GARCIA-ORTEGA). NELSON advised that "Eluid" lives with Gina Gante, at a residence not far from the Crossbrook address.

7. Agents arrested ULLOA for conspiracy to possess with intent to distribute more than 500 grams of cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846. Agents arrested NELSON for possession with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). Those cases remain pending in the U.S. District Court for the Southern District of Ohio.

8. During the course of this investigation, agents conducted surveillance of ULLOA. On December 15, 2014, surveillance units observed ULLOA meet with BONILLA BERRIOS at 6200 Prichard Drive, Galloway, Ohio 43119. Agents also conducted surveillance on GONZALEZ-TINOCO and believe GONZALEZ-TINOCO resides at 1000 Regentshire Drive, Columbus, Ohio 43228. According to information received from a reliable confidential source (CS), GONZALEZ-TINOCO has been involved in narcotics and/or drug transactions in the past. Specifically, during the course of this investigation, the CS learned from GONZALEZ-TINOCO that drugs were being stored at 2264 Pony Place, Hilliard, Ohio.

9. On February 2, 2015, agents established surveillance at 2264 Pony Place, Hilliard, Ohio and observed Jeffrey Feasel, a white male and known narcotics trafficker, enter and leave the residence within a short period of time. Surveillance units conducted a stop of Feasel and discovered approximately 539 gross grams of a substance that tested positive for cocaine in a plastic bag. Shortly thereafter, surveillance observed BONILLA BERRIOS exit 2264 Pony Place, Hilliard, Ohio, which further corroborated that the location is being utilized by members of this narcotics organization.

3

10. In the evening of February 2, 2015, U.S. Magistrate Judge Norah McCann King approved search warrants for (i) 2264 Pony Place, Hilliard, Ohio, (ii) 6200 Pritchard Drive, Galloway, Ohio, and (iii) 1000 Regentshire Drive, Columbus, Ohio.

11. Agents initiated the search of 2264 Pony Place, Hilliard, Ohio. Osvaldo ORTEGA-AMAYA and Teresa Soria reside at 2264 Pony Place. During the search of the residence, agents seized approximately 693 grams of cocaine. Agents briefly spoke to Ms. Soria, after she was read and read her constitutional rights, and waived those rights. According to Ms. Soria, ORTEGA-AMAYA and his cousin, "Eliud" (whom agents believe to be BONILLA-BERRIOS), met this evening with an additional white male in the residence. Ms. Soria was with her baby and did not witness any drug transactions, but heard the men talking and walking upstairs. Ms. Soria did not know anything about the cocaine located in the baby clothes upstairs in her bedroom. Ms. Soria stated "Eliud" has been meeting ORTEGA-AMAYA at their home over the past four weeks. Ms. Soria indicated "Eliud" must have brought the cocaine into her home.

12. ORTEGA-AMAYA was taken into custody in his vehicle and was advised of his constitutional rights, which he read and waived. ORTEGA-AMAYA advised, in substance, that his cousin, "Eliud" (believed to be BONILLA-BERRIOS), visited him at his home at 2264 Pony Place, Hilliard, Ohio that evening. ORTEGA-AMAYA made limited and inconsistent statements in his interview concerning this visit. ORTEGA-AMAYA acknowledged that he saw the white male enter and meet with "Eliud." ORTEGA-AMAYA also indicated that he observed the white male leave his apartment with a plastic bag. When asked if his fingerprints would be on the bag, ORTEGA-AMAYA would not give a direct answer. ORTEGA-AMAYA made no comment about

4

the large amount of cocaine agents seized in baby clothes upstairs in his residence.

13. Agents approached BONILLA-BERRIOS and arrested him after he left the residence at 2264 Pony Place, Hilliard, Ohio. BONILLA-BERRIOS made no comment to the investigators.

14. On February 2, 2015, agents executed the search warrant at BONILLA-BERRIOS's residence at 6200 Pritchard Drive, Galloway, Ohio. Incident to the search, agents spoke to Gina Gante. Ms. Gante was read to and read her constitutional rights, and she waived those rights. Ms. Gante advised SA Carroll, in substance, the following: Ms. Gante stated that earlier in the evening, she drove "Eliud GARCIA" (also known as BONILLA-BERRIOS) to his cousin's house off Pony Place, in Hilliard, Ohio. Ms. Gante indicated she did not stay at the Pony Place residence for the meeting, and was not aware of any drug trafficking. According to Ms. Gante, "Eliud" is not supposed to be trafficking in cocaine. Ms. Gante was aware that "Eliud" is involved in something illegal, but stayed out of his business. Ms. Gante indicated that "Eliud," ULLOA, and "Joel" (believed to be GONZALEZ-TINOCO) are supposed to be working together painting ceilings. She is not aware of the details of the drug transactions, but has warned "Eliud" to refrain from telling her about the cocaine.

15. On February 2, 2015, agents executed the search warrant at GONZALEZ-TINOCO's residence at 1000 Regentshire Drive, Columbus, Ohio. GONZALEZ-TINOCO was not present at the time the warrant was initiated. Shortly thereafter, agents observed GONZALEZ-TINOCO driving by this residence in a green Ford Mustang. When agents approached GONZALEZ-TINOCO, he stated, in substance, that he played only a small part in this matter. GONZALEZ-TINOCO advised he wanted to speak to an

attorney before he spoke to the agents further.  In GONZALEZ-TINOCO's residence, agents located a handwritten note of an address believed to be Jeffrey Feasel's.

16.  Based upon this information, your affiant believes probable cause exists that Osvaldo ORTEGA-AMAYA,  Ezequiel BONILLA-BARROS a/k/a Eliud GARCIA-ORTEGIA, and Joel GONZALEZ-TINOCO  have violated 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846, conspiracy to possess with intent to distribute more than 500 grams of cocaine.


JANEY THISSEN
Special Agent
Drug Enforcement Administration


Subscribed and sworn before me
on this 3ᵈ day of February 2015.


NORAH McCANN KING
United States Magistrate Judge